UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MONIQUE LABARR, individually and on behalf of
all others similarly situated

Case No. 23-cv-1135

                     Plaintiff,          **NOTICE OF APPEARANCE**

      -against-

THE EPOCH TIMES ASSOCIATION INC.,

                   Defendant.
-----------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that Brian Pete, Esq. of Lewis Brisbois Bisgaard & Smith LLP, hereby appears in the above-captioned action as counsel for Defendant The Epoch Times Association Inc., and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated:  New York, New York
       April 25, 2023        LEWIS BRISBOIS BISGAARD & SMITH LLP

               By:        /s/ Brian Pete
                   Brian Pete, Esq.
                   *Attorneys for Defendant*
                   77 Water Street, Suite 2100
                   New York, New York 10005
                   (212) 232-1300
                   Brian.Pete@lewisbrisbois.com

93864992.1

## CERTIFICATE OF SERVICE

Brian Pete, an attorney duly admitted to practice before this Court, certifies that on April 25, 2023 he caused his Notice of Appearance to be filed and served by ECF.

/s/ Brian Pete
Brian Pete

93864992.1